# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

BILLY CHAD GIBSON,

    Plaintiff,

v.                                CASE NO. 3:17cv77-MCR-CJK

FLORIDA DEPARTMENT OF
CORRECTIONS, et al.,

    Defendants.

_____/

## **O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated August 22, 2018. ECF No. 21. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Defendants' motions to dismiss the amended complaint (docs. 9, 10, 12) are **GRANTED**, and plaintiff's claims are **DISMISSED**.

3. The clerk is directed to close the file.

**DONE AND ORDERED** this 20th day of September 2018.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**